# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,**

       **Plaintiff,**

v.                                                         **Case No: 6:14-cv-958-Orl-22DAB**

**AMY CUSHING, AMATEUR
ATHLETIC UNION OF THE UNITED
STATES, INC., BREVARD ELITE
PALM BAY, INC., DAVID TYRONE
JOHNSON, ZACHARY STEPHEN
ROY, ROBERT JACOB ROY, ROBERT
A. ROY and SHANNON ROY,**

       **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 60) and Amy Cushing's Motion for Summary Judgment (Doc. No. 70).

The United States Magistrate Judge has submitted a report recommending that the Motions be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 4, 2015 (Doc. No. 78), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 60) and Amy Cushing's Motion for Summary Judgment (Doc. No. 70) are hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties